UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | CASE NO. 1:13CR243 |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | (Resolve #116) |
| Eileen Fern-Folliet, | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

Before the Court is Defendant's motion for an order to reduce the restitution amount ordered in this case (Doc. #116). After review of the memorandum,  the Court will grant the motion.

It is Ordered that Defendant is credited with the set-off amount of $244,025.60 plus previous payments made to the U.S. Department of Justice in the amount of $10,672.45 for a total credited set-off amount of $254,698.05 from the original amount of restitution ordered of $287,820.16.

IT IS SO ORDERED.

 February 9, 2017            /s/ John R. Adams
Date                    John R. Adams
                    U.S. District Judge