FILED

2017 NOV -7 PM 2:59

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| Plaintiff(s) | ) | CASE NO. 1:13CR243 |
| | ) | |
| v. | ) | ORDER |
| Eileen Fern-Folliet, | ) | (Resolve #118) |
| Defendant | ) | |
| | ) | |

## MOTION FOR DISMISSAL OF RESTITUTION ORDER

Now come Defendant, Eileen Fern-Folliet, and hereby moves this Court for an Order dismissing the balance of the previously entered Restitution Order of this Court, noticing the Estate has been made whole.

A Memorandum in Support of this motion is attached hereto and incorporated herein by reference.

Respectfully submitted,

*Eileen J. Folliett*
-----------------------------

Eileen J Folliett

7111 Anthony Ln

Parma Heights, Ohio 44130

Email: ejf329@gmail.com