MEMORANDUM IN SUPPORT

The parties acknowledge, the Lackman Estate has given a Notice of Satisfaction of Judgement with the District Court for the Northern District of Ohio in the case # 1:13-cr00243, docket # 115, and that the Estate has been made whole. (see exhibit A, Notice of Satisfaction)

After consideration by the Court and review of the first page of the settlement agreement dated 6/28/2016, paragraph 2, with heading, Notice of Satisfaction to Federal Court (exhibit B); the Court will grant the motion.

CONCLUSION

Accordingly, Eileen Fern-Folliet, requests that this Court enter an Order entitling her to a dismissal of the Order of Restitution from September 25, 2013 (Docket 19).

Respectfully submitted,

_Eileen J. Folliett_
Eileen J. Folliett