exhibit: A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 1:13cr243 |
| Plaintiff | |
| | JUDGE JOHN R. ADAMS |
| v. | |
| Eileen Fern-Folliet. | |
| Defendant | |

### NOTICE OF SATISFACTION OF ABSTRACT OF JUDMGENT

Now comes the Judgement Creditor, James Spuhler, in his capacity as the Executor/Trustee, by and through undersigned counsel, and hereby gives notice that the Abstract of Judgment in the amount of judgment of $287,820.16 has been satisfied.

/s J. Brian Kenney
James Brian Kenney (0073994)
J. Brian Kenney Co., LPA
20545 Center Ridge Road, Ste. 420
Rocky River, Ohio 44116
Telephone: (440) 607-4975
Facsimile: (440) 809-8556
E-Mail: jbkenney@jbkenneylaw.com

*Counsel for James Spuhler, Executor for the Estate of Doris E. Lackman and Trustee for the Doris E. Lackman Trust*