FILED

2017 NOV -7 PM 2: 59

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
|     Plaintiff(s) | ) | CASE NO. 1:13CR243 |
| | ) | |
|     v. | ) | <u>ORDER</u> |
| Eileen Fern-Folliet, | ) | (Resolve #118) |
|     Defendant | ) | |

For reasons stated in the Government's response, the motion is denied.
s/John R. Adams
U.S. District Judge   12/21/17

<u>MOTION FOR DISMISSAL OF RESTITUTION ORDER</u>

    Now come Defendant, Eileen Fern-Folliet, and hereby moves this Court for an Order dismissing the balance of the previously entered Restitution Order of this Court, noticing the Estate has been made whole.

    A Memorandum in Support of this motion is attached hereto and incorporated herein by reference.

Respectfully submitted,

*Eileen J. Folliett*
-------------------

Eileen J Folliett

7111 Anthony Ln

Parma Heights, Ohio  44130

Email:  ejf329@gmail.com