*exhibit A* *(handwritten)*

ccc.  Check #1684 in the amount of $1,000.00 on February 9, 2011 made payable to "Cash";

ddd.  Check #1685 in the amount of $290.00 on April 9, 2011 made payable to Bob Bertilon, Fern's partner;

eee.  Check #1687 in the amount of $1,750.00 on April 27, 2011 made payable to American Funds;

fff. Check #1688 in the amount of $300.00 on May 15, 2011 made payable to Protective Life;

ggg.  Check #1689 in the amount of $10,000.00 on November 4, 2011 made payable to Fern's son, Robert Knopf;

hhh.  Check #1690 in the amount of $100.00 on December 3, 2011 made payable to "Cash";

iii. Check #1693 in the amount of $1,000.00 on December 7, 2011 made payable to Discover Card;

jjj. Check #1695 in the amount of $400.00 on December 9, 2011 made payable to "Cash";

kkk.  Check #1696 in the amount of $2,500.00 on December 11, 2011 made payable directly to Eileen Fern;

lll. Check #1697 in the amount of $10,500.00 on December 11, 2011 made payable directly to Eileen Fern;

mmm.  Check #1698 in the amount of $500.00 on December 22, 2011 made payable to "Cash";

nnn.  Check #1699 in the amount of $250 on December 27, 2011 made payable to NYCB Mortgage;

ooo.  Check #1702 in the amount of $1,000.00 on December 31, 2011 made payable to "Cash"; **Check Theft total for 2011 was $40,966.16.**

**TOTAL OF CHECK THEFT FROM FIRST MERIT $103,022.66**

8. **The Alleged Billing Invoices.** In addition to the commissions that Fern earned on selling Doris annuities and other products, she directly billed, without itemization, Doris for her "services" as follows:

| | | |
|---|---|---|
| a. | 5/20/99 | $3,500.00 |
| b. | 9/5/00 | $2,868.00 |
| c. | 4/18/01 | $900.00 |
| d. | 10/01/01 | $2,868.00 |
| e. | 03/19/03 | $2,500.00 |
| f. | 03/31/04 | $1,600.00 |
| g. | 02/18/05 | $1,600.00 |
| h. | 11/01/05 | $900.00 |
| i. | 04/18/06 | $1,200.00 |
| j. | 04/18/06 | $900.00 |
| k. | 09/11/06 | $1,100.00 |
| l. | 05/03/07 | $1,200.00 |
| m. | 04/16/09 | $1,400.00 |

*(handwritten annotations:)* $6368 (brace beside a. and b.); before Trust Formed $6368; $9468; Total $15,836; TAX Services pd To preparer