n. 2011Foundation    $8,900.00
                                    $29,336.00 — *15,836*

9. **The "Tampered Checks."** In addition to the theft, Fern also Forged or Altered checks made payable to her from the Elwin and Doris Lackman Foundation by changing the amounts to larger amounts after Doris signed the checks. These amounts and checks were:

    a. 05/03/07    #1057 originally noted in register as payable to Urban Resource Center, actually issued to Fern's son's business "Blue Water" and amount changed from $500 to $8,000.00.
    b. 09/12/2009  #1002  Security Concepts  $900 altered to $1,900.00
    c. 04/23/2010  #1041  Security Concepts  $900 altered to $1,900.00
    d. 09/09/2010  #1043  Security Concepts  $900 altered to $1,900.00
    e. 04/13/2011  #1051  Security Concepts  $500 altered to $2,500.00
    f. 09/25/2011  #1053  Security Concepts  $500 altered to $4,500.00

**Total theft from altering checks, $16,000.00**  *12,700*

**Total Thefts Discovered Thus Far:**

    a. Total Allianz Forged Check Theft Total $33,302.11.
    b. TOTAL OF CHECK THEFT FROM FIRST MERIT $103,022.66
    c. Total Alleged Billing Theft $29,336.00
    d. Total Altered Check Theft $16,000.00

**Total Theft Discovered Thus Far: $181,660.66**