## VICTIM FINANCIAL STATEMENT

A. **DAMAGES:** (Wherever possible, attach receipts or other documentation to support your claim)

1. List property lost, destroyed or damaged and its value.

| | |
|---|---|
| -Direct theft by forging Allianz retirement checks | $ 33,302.11 |
| -Direct theft by writing checks on DEL's checking | $ 103,022.66 |
| -Direct theft from DEL's charitable trust | $ 16,000.00 |
| -Direct theft by False Billing Invoices | 29,336.00 |

2. List miscellaneous damages or expenses (type and amount).

| | |
|---|---|
| -Additional Income Tax Liability from withdrawal of annuity to earn commission | $ 38,000.00 |
| | $ |
| -Legal expenses to prosecute theft and civil action | $ 64,455.00 |

**TOTAL LOSS** $ 284,115.77

B. **REIMBURSEMENT RECEIVED:** (Please attach documentation.)

1. Restitution already paid............................................. $ 0
2. Property Insurance.................................................... $ 0
3. Other (list type and amount)

$ 0
$

**TOTAL REIMBURSEMENT** $ 0

I declare under penalty of law that the above information is true and correct.

Signature: James L Spuhler   Date: June 11, 2013

If restitution is ordered, payments should be directed to the following:

Name: Doris E. Lackman Trust    SSN: 46-6176706

Address: 13586 Bridgecreek Circle
Strongsville, Ohio 44136

City Strongsville   State Ohio   Zip Code 44136

Phone No: (440) 724-1025   Email: jlsjjs@att.net

Emergency Contact: James L. Spuhler   (440) 724-1025
(Name)   Phone No.

3