Form 1040        **Form 1099-R Worksheet**       **2005**
► Keep for your records

| | |
|---|---|
| Name<br>Doris E Lackman | Social Security Number<br>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 |

Check Applicable Box :   1099-R . ► [X]   CSA-1099-R ~ . ►[ ]   CSF-1099-R ... ►[ ]   RRB-1099-R .. ►[ ]

Payer Federal ID ....... 41-1366075
Payer   Name ......... Allianz Life
Name (cont.) ..
Street Address or P. O. Box   5701 Golden Hills Dr
City . Minneapolis     State .. MN   ZIP 55416
Payer has a foreign address ....... ►[ ]

If Spouse's 1099-R, check this box ..... ►[ ]

This section is for RRB-1099-R use only

| | | | |
|---|---|---|---|
| 1 | Gross distribution | 13,056. | 2 a Taxable amount (See Help)     13,056. |
| 2 b | Taxable amount not determined | ►[ ] | Total distribution ►[ ] |
| 3 | Capital gain | | 4 Federal tax withheld |
| 5 | Contributions/Insurance | | 6 Net unrealized appreciation |
| 7 | Distribution code(s) | 7 __ | ► IRA/SEP/SIMPLE ►[X]   Roth IRA ►[ ] |

10 -1   State tax withheld ...... _____     11 -1 State .. ____   Payer's state No.
12 -1   State distribution ....... _____            State use code (See Help) ............... ____
13 -1   Local tax withheld ...... _____     14 -1 Name of locality .......
15 -1   Local distribution ....... _____

► Check if NOT from a qualified retirement plan or IRA (see Help) .......................... ►[ ]
► If box 7 code is J or T, check if a qualified Roth IRA distribution (see Help) .................. ►[ ]
► If box 7 code is J, enter amount used for first time home purchase ............................. _____

► **Rollovers**     **Important.**   Do not enter a Roth conversion or recharacterization as a rollover.
                   Enter conversions and recharacterizations on page 2.
                   Entire distribution rolled over ...... ►[ ]   or amount of partial rollover ....... _____

► **Inherited IRA**    If this distribution is from an inherited IRA, indicate the distribution is from the IRA of
               ► Spouse and treat as recipient's own (this is treated as a rollover) ........................... ►[ ]
               ► Recipient, but was originally inherited from a spouse (treated as recipient's IRA) ................ ►[ ]
               ► Spouse and not treat as recipient's own (taxable amount must be in box 2a) ................... ►[ ]
               ► Someone other than a spouse (taxable amount must be in box 2a) ........................... ►[ ]

► **Insurance** .     Amount of insurance premiums deductible on Schedule A ................. _____

► **RMD**    If this is a Required Minimum Distribution (RMD) (See Help),
          Entire gross is RMD ..... ►[ ]   or the amount of gross distbn that is RMD ............. _____

8   Other _____     % _____
9 a Percentage of total distribution _____     9 b Total employee contributions _____

10 -2   State tax withheld ...... _____     11 -2 State .. ____   Payer's state No. _____
12 -2   State distribution ....... _____           State use code (See Help) ............... ____
13 -2   Local tax withheld ...... _____     14 -2 Name of locality .......
15 -2   Local distribution ....... _____

Substitute Form 1099-R
If substitute Form 1099-R needed, double-click to link to Form 4852 .......................... ►

Recipient information: Correct to match recipient information on Form 1099-R
Recipient's federal ID. .......... 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     Recipient has a foreign address (see Help) ........... [ ]
Recipient's name
Doris E Lackman

| Address | City | St | ZIP code |
|---|---|---|---|
| 11425 Co Moor Blvd | Strongsville | OH | 44149 |

Account number     Corrected [ ]   Non standard [ ]

*Handwritten notes (right margin):*

2 checks
11/28/05
$6,528.03   Eilee
6528.03   Dor

2

| Form 1040 | Form 1099-R Worksheet | 2006 |
|---|---|---|

► Keep for your records

**Name**
Doris E LACKMAN

**Social Security Number**
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

**Check Applicable Box:**  1099-R . ► [X]   CSA-1099-R ... ► [ ]   CSF-1099-R ... ► [ ]   RRB-1099-R ... ► [ ]

Payer Federal ID ........ 41-1366075
Payer   Name ......... Allianz Life
Name (cont.) ...
Street Address or P. O. Box     5701 Golden Hills Dr
City  . Minneapolis                State .. MN     ZIP  55416
Payer has a foreign address ........ ► [ ]

If Spouse's 1099-R,  check this box ..... ► [ ]

This section is for RRB-1099-R use only

| | | |
|---|---|---|
| 1 | Gross distribution | 6,409. |
| 2 b | Taxable amount not determined | ► [ ] |
| 3 | Capital gain | |
| 5 | Contributns/Desig Roth/Insur | |
| 7 | Distribution code(s) | 7 |

2 a  Taxable amount (See Help)          6,409.
     Total distribution                          ► [ ]
4    Federal tax withheld
6    Net unrealized appreciation
     IRA/SEP/SIMPLE  ► [X]     Roth IRA  ► [ ]

10 -1  State tax withheld .......
12 -1  State distribution ....... 6,409.
13 -1  Local tax withheld .......
15 -1  Local distribution .......

11 -1  State .. OH    Payer's state No.
                       State use code (See Help) .............
14 -1  Name of locality ........

► Check if NOT from a qualified retirement plan or IRA (see Help) ......................... ► [ ]
► If box 7 code is J or T, check if a qualified Roth IRA distribution (see Help) ..................... ► [ ]
► If box 7 code is J, enter amount used for first time home purchase .......................

► Rollovers          **Important.**     Do not enter a Roth conversion or recharacterization as a rollover.
                                 Enter conversions and recharacterizations on page 2.
                     Entire distribution rolled over ....... ► [ ]    or amount of partial rollover .......

► Inherited IRA      If this distribution is from an inherited IRA, indicate the distribution is from the IRA of
                     ► Spouse and treat as recipient's own (this is treated as a rollover) ...................... ► [ ]
                     ► Recipient, but was originally inherited from a spouse (treated as recipient's IRA) ................... ► [ ]
                     ► Spouse and not treat as recipient's own (taxable amount must be in box 2a) ..................... ► [ ]
                     ► Someone other than a spouse (taxable amount must be in box 2a) ......................... ► [ ]

► Insurance          Amount of insurance premiums deductible on Schedule A ...................

► Qualified Charitable Distribution     Enter IRA distributions made directly by the trustee
                                       to a qualified charitable organization .......................

► RMD      If this is a Required Minimum Distribution (RMD) (See Help),
           Entire gross is RMD ...... ► [ ]   or the amount of gross distbn that is RMD ...............

8    Other
9 a  Percentage of total distribution

%
9 b  Total employee contributions

10 -2  State tax withheld .......
12 -2  State distribution .......
13 -2  Local tax withheld .......
15 -2  Local distribution .......

11 -2  State ..      Payer's state No.
                     State use code (See Help) .............
14 -2  Name of locality ........

**Substitute Form 1099-R**
If substitute Form 1099-R needed, double-click to link to Form 4852 ......................... ►

**Recipient information:** Correct to match recipient information on Form 1099-R
Recipient's federal ID. ............ 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     Recipient has a foreign address (see Help) ............ [ ]
Recipient's name
Doris E LACKMAN
Address
11425 Co Moor Blvd

City
Strongsville

St   ZIP code
OH   44149

1st year of desig. Roth contrib.
Account number

Corrected [ ]   Non standard [ ]

3

**US 1099-R**    Distributions from Profit-Sharing, Retirement Plans, IRA's, etc.                    2007

This 1099-R is for the:    x  Taxpayer          Spouse

Check if this 1099-R is handwritten, altered, or appears not to be a true 1099-R.                    Corrected

| | |
|---|---|
| **Payer's ID:**  41-1366075<br>**Name code:**  ALLI | **1 Gross  (RRB line 7)**<br>    6794.  |   **Taxable amount not determined** |
| **Payer's name**<br>Allianz life<br>**Payer's care of name.  Use % for care of.** | **2 Taxable amount**<br>    6794. |  **Total distribution**<br>**Elect 10 averaging** |
| **Payer's address**<br>5701 Golden Hills Dr<br>**Payer's Zip code, city, and state**<br>55416        Minneapolis                    MN | **3 Capital gain in line 2**<br>    0. | **4 Federal tax withheld**<br>    679. |
| **Recipient's social security number:**    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 | **5 Employee contributions, Designated Roth contributions or insurance premiums**<br>    0. | **6 Net unrealized appreciation in employer's securities**<br>    0. |
| **Recipient's name**<br>Doris E LACKMAN<br>**Recipient's address**<br>11425 Co Moor Blvd<br><br>Strongsville          OH 44149 | **7 Codes**     **IRA / SEP /**<br>7          **Simple**    x | **8 Other**    0.0 %<br>    0. |
| **1st year of designated Roth contribution** | **Check if disability and the taxpayer is disabled**<br>**Check to force Form 5329** | |
| **Account number  (optional)** | **9a Percentage of total distribution**<br>    0.0 % | **9b Total employee contributions**<br>    0. |

| See F1 Help on the state return for use of these boxes.<br>Instructions vary by state. Check if applies.<br>Box 1<br>Box 2<br>Box 3<br>Railroad retirement | **10 State tax**<br>    0. | **11 State and state ID no.** | **12 State distribution**<br>    0. |
|---|---|---|---|
| |     0. | | 0. |
| | **13 Local tax**<br>    0. | **14 Locality name** | **15 Local distribution**<br>    0. |
| |     0. | | 0. |

**Exclusion Worksheet**

| | |
|---|---|
| **1** Amount rolled over | 0. |
| **2** Amount, up to $100,000, paid directly by the trustee of the IRA to a charitable organization. The donor must have been at least 70 1/2 when the distribution was made | 0. |
| **3** Amount rolled over into an HSA. This election is irrevocable and can only be done once in the recipient's lifetime | 0. |
| **4** Retired public safety officers - amount, up to $3,000, paid directly from a qualified governmental plan to pay health or qualified long-term care insurance for the taxpayer, spouse, or dependents | 0. |
| **5** Excludable amount due to a tax-free exchange; as calculated in a previous year; or by law, is specifically tax-exempt | 0. |
| * If the distribution is from a traditional, SEP, or SIMPLE IRA and you ever made nondeductible IRA contributions, check | |
| * If this is a conversion from a traditional IRA to a Roth IRA, check | |
| If PART of this distribution was converted to a Roth IRA, | |

**US 1099-R**    Distributions from Profit-Sharing, Retirement Plans, IRA's, etc.    **2007**

This 1099-R is for the:   X   Taxpayer     Spouse

Check if this 1099-R is handwritten, altered, or appears not to be a true 1099-R.     Corrected

| | | |
|---|---|---|
| Payer's ID:   41-1366075<br>Name code:   ALLI | **1** Gross (RRB line 7)<br>15000. | Taxable amount not determined |
| Payer's name<br>Allianz Life<br>Payer's care of name. Use % for care of. | **2** Taxable amount<br>15000. | Total distribution<br>Elect 10 averaging |
| Payer's address<br>5701 Golden Hills Dr<br>Payer's Zip code, city, and state<br>55416   Minneapolis    MN | **3** Capital gain in line 2<br>0. | **4** Federal tax withheld<br>750. |
| Recipient's social security number:   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 | **5** Employee contributions, Designated Roth contributions or insurance premiums<br>0. | **6** Net unrealized appreciation in employer's securities<br>0. |
| Recipient's name<br>Doris E LACKMAN<br>Recipient's address<br>11425 Co Moor Blvd<br><br>Strongsville    OH 44149 | **7** Codes    IRA / SEP /<br>7     Simple    X | **8** Other   0.0 %<br>0. |
| 1st year of designated Roth contribution | Check if disability and the taxpayer is disabled<br>Check to force Form 5329 | |
| Account number (optional) | **9a** Percentage of total distribution<br>0.0 % | **9b** Total employee contributions<br>0. |

| See F1 Help on the state return for use of these boxes.<br>Instructions vary by state.<br>Check if applies.<br>Box 1<br>Box 2<br>Box 3<br>Railroad retirement | **10** State tax<br>0.<br><br>0. | **11** State and state ID no.<br>OH | **12** State distribution<br>15000.<br><br>0. |
|---|---|---|---|
| | **13** Local tax<br>0.<br><br>0. | **14** Locality name | **15** Local distribution<br>0.<br><br>0. |

**Exclusion Worksheet**

| | |
|---|---|
| 1   Amount rolled over | |
| 2   Amount, up to $100,000, paid directly by the trustee of the IRA to a charitable organization. The donor must have been at least 70 1/2 when the distribution was made | 0. |
| 3   Amount rolled over into an HSA. This election is irrevocable and can only be done once in the recipient's lifetime | 0. |
| 4   Retired public safety officers - amount, up to $3,000, paid directly from a qualified governmental plan to pay health or qualified long-term care insurance for the taxpayer, spouse, or dependents | 0. |
| 5   Excludable amount due to a tax-free exchange; as calculated in a previous year; or by law, is specifically tax-exempt | 0. |
| *   If the distribution is from a traditional, SEP, or SIMPLE IRA and you ever made nondeductible IRA contributions, check | 0. |
| *   If this is a conversion from a traditional IRA to a Roth IRA, check | |
|     If PART of this distribution was converted to a Roth IRA, | |

| US 1099-R | Distributions from Profit-Sharing, Retirement Plans, IRA's, etc. | 2008 |
|---|---|---|

This 1099-R is for the:   x   Taxpayer     Spouse

Check if this 1099-R is handwritten, altered, or appears not to be a true 1099-R.      Corrected

| Payer's ID: 41-1366075<br>Name code: ALLI | 1 Gross (RRB line 7)<br>7500. | Taxable amount not determined |
|---|---|---|
| Payer's name<br>Allianz life<br>Payer's care of name. Use % for care of. | 2 Taxable amount<br>7500. | Total distribution<br>Elect 10 averaging |
| Payer's address<br>5701 Golden Hills Dr<br>Payer's Zip code, city, and state<br>55416    Minneapolis     MN | 3 Capital gain in line 2<br>0. | 4 Federal tax withheld<br>0. |
| Recipient's social security number:    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 | 5 Employee contributions, Designated Roth contributions or insurance premiums<br>0. | 6 Net unrealized appreciation in employer's securities<br>0. |
| Recipient's name<br>Doris E LACKMAN<br>Recipient's address<br>11425 Co Moor Blvd<br><br>Strongsville     OH   44149 | 7 Codes    IRA / SEP /<br>7      Simple | 8 Other    0.0 %<br>0. |
| | Check if disability and the taxpayer is disabled<br>Check to force Form 5329 | |
| 1st year of designated Roth contribution | 9a Percentage of total distribution<br>0.0 % | 9b Total employee contributions<br>0. |
| Account number (optional) | | |

| See F1 Help on the state return for use of these boxes.<br>Instructions vary by state.<br>Check if applies.<br>Box 1<br>Box 2<br>Box 3<br>Railroad retirement | 10 State tax<br>0.<br><br>0. | 11 State and state ID no. | 12 State distribution<br>0.<br><br>0. |
|---|---|---|---|
| | 13 Local tax<br>0.<br><br>0. | 14 Locality name | 15 Local distribution<br>0.<br><br>0. |

**Exclusion Worksheet**

| | |
|---|---|
| 1   Amount rolled over | 0. |
| 2   Amount, up to $100,000, paid directly by the trustee of the IRA to a charitable organization. The donor must have been at least 70 1/2 when the distribution was made | 0. |
| 3   Amount rolled over into an HSA. This election is irrevocable and can only be done once in the recipient's lifetime | 0. |
| 4   Retired public safety officers - amount, up to $3,000, paid directly from a qualified governmental plan to pay health or qualified long-term care insurance for the taxpayer, spouse, or dependents | 0. |
| 5   Excludable amount due to a tax-free exchange; as calculated in a previous year; or by law, is specifically tax-exempt | 0. |
| *   If the distribution is from a traditional, SEP, or SIMPLE IRA and you ever made nondeductible IRA contributions, check | |
| *   If this is a conversion from a traditional IRA to a Roth IRA, check | |
|     If PART of this distribution was converted to a Roth IRA, | |

| US 1099-R | Distributions from Profit-Sharing, Retirement Plans, IRA's, etc. | 2008 |
|---|---|---|

This 1099-R is for the:   X  Taxpayer      Spouse

Check if this 1099-R is handwritten, altered, or appears not to be a true 1099-R.                                    Corrected

| | |
|---|---|
| Payer's ID:  41-1366075<br>Name code:  ALLI | **1** Gross (RRB line 7)<br>7050. |
| | Taxable amount not determined |
| Payer's name<br>Allianz Life<br>Payer's care of name. Use % for care of. | **2** Taxable amount<br>7050. |
| | Total distribution<br>Elect 10 averaging |
| Payer's address<br>5701 Golden Hills Dr<br>Payer's Zip code, city, and state | **3** Capital gain in line 2<br>0. |
| | **4** Federal tax withheld<br>705. |
| 55416     Minneapolis                    MN | **5** Employee contributions, Designated Roth contributions or insurance premiums<br>0. |
| Recipient's social security number:    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 | **6** Net unrealized appreciation in employer's securities<br>0. |
| Recipient's name<br>Doris E LACKMAN<br>Recipient's address<br>11425 Co Moor Blvd | **7** Codes        IRA / SEP /<br>7             Simple    X |
| | **8** Other        0.0  %<br>0. |
| Strongsville             OH  44149 | Check if disability and the taxpayer is disabled<br>Check to force Form 5329 |
| 1st year of designated Roth contribution | **9a** Percentage of total distribution<br>0.0  % |
| | **9b** Total employee contributions<br>0. |
| Account number  (optional) | |

| | 10 State tax | 11 State and state ID no. | 12 State distribution |
|---|---|---|---|
| See F1 Help on the state return for use of these boxes. | 0. | OH | 7050. |
| Instructions vary by state. Check if applies. | 0. | | 0. |
| Box 1<br>Box 2<br>Box 3 | 13 Local tax<br>0. | 14 Locality name | 15 Local distribution<br>0. |
| Railroad retirement | 0. | | 0. |

**Exclusion Worksheet**

| | | |
|---|---|---|
| 1 | Amount rolled over | 0. |
| 2 | Amount, up to $100,000, paid directly by the trustee of the IRA to a charitable organization. The donor must have been at least 70 1/2 when the distribution was made | 0. |
| 3 | Amount rolled over into an HSA. This election is irrevocable and can only be done once in the recipient's lifetime | 0. |
| 4 | Retired public safety officers - amount, up to $3,000, paid directly from a qualified governmental plan to pay health or qualified long-term care insurance for the taxpayer, spouse, or dependents | 0. |
| 5 | Excludable amount due to a tax-free exchange; as calculated in a previous year; or by law, is specifically tax-exempt | 0. |
| * | If the distribution is from a traditional, SEP, or SIMPLE IRA and you ever made nondeductible IRA contributions, check | |
| * | If this is a conversion from a traditional IRA to a Roth IRA, check | |
| | If PART of this distribution was converted to a Roth IRA, | |

7

**US 1099-R   Distributions from Profit-Sharing, Retirement Plans, IRA's, etc.**                                      **2009**

This 1099-R is for the:   X  Taxpayer      Spouse

Check if this 1099-R is handwritten, altered, or appears not to be a true 1099-R.

| Payer's ID: 41-1366075 | 1 Gross (RRB line 7) | Taxable amount not determined |
|---|---|---|
| Name code: ALLI | 6774. | |

Corrected

| Payer's name | 2 Taxable amount | Total distribution |
|---|---|---|
| Allianz life | 6774. | Elect 10 averaging |
| Payer's care of name. Use % for care of. | | |

| Payer's address | 3 Capital gain in line 2 | 4 Federal tax withheld |
|---|---|---|
| 5701 Golden Hills Dr | 0. | 677. |

Payer's Zip code, city, and state
55416        Minneapolis        MN

| 5 Employee contributions, Designated Roth contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities |
|---|---|
| 0. | 0. |

Recipient's social security number:    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

Recipient's name
Doris E Lackman
Recipient's address
11425 Co Moor Blvd

Strongsville            OH 44149

| 7 Codes       IRA / SEP / | 8 Other      0.0 % |
|---|---|
| 7               Simple     X | 0. |

Check if disability and the taxpayer is disabled
Check to force Form 5329

1st year of designated Roth contribution

Account number  (optional)

| 9a Percentage of total distribution | 9b Total employee contributions |
|---|---|
| 0.0 % | 0. |

| See F1 Help on the state return for use of these boxes. | 10 State tax | 11 State and state ID no. | 12 State distribution |
|---|---|---|---|
| Instructions vary by state. Check if applies. | 0. | | 0. |
| Box 1 | 0. | | 0. |
| Box 2 | | | |
| Box 3 | 13 Local tax | 14 Locality name | 15 Local distribution |
| Railroad retirement | 0. | | 0. |
| | 0. | | 0. |

**Exclusion Worksheet**

1 Amount rolled over
2 Amount, up to $100,000, paid directly by the trustee of the IRA to a charitable organization. The donor must have been at least 70 1/2 when the distribution was made                                    0.
3 Amount rolled over into an HSA. This election is irrevocable and can only be done once in the recipient's lifetime                                     0.
4 Retired public safety officers - amount, up to $3,000, paid directly from a qualified governmental plan to pay health or qualified long-term care insurance for the taxpayer, spouse, or dependents            0.
5 Excludable amount due to a tax-free exchange; as calculated in a previous year; or by law, is specifically tax-exempt                             0.
* If this is a Qualified Disaster Recovery Assistance Retirement Plan Distribution for Form 8930, check here                                        0.
* If the distribution is from a traditional, SEP, or SIMPLE IRA and you ever made nondeductible IRA contributions, check here
* If this is a conversion from a traditional IRA to a Roth IRA,

**US 1099-R**    Distributions from Profit-Sharing, Retirement Plans, IRA's, etc.     **2009**

This 1099-R is for the:   x Taxpayer    Spouse

Check if this 1099-R is handwritten, altered, or appears not to be a true 1099-R.

     Corrected

Payer's ID:   41-1366075
Name code:   ALLI

Payer's name
Allianz Life
Payer's care of name. Use % for care of.

Payer's address
5701 Golden Hills Dr
Payer's Zip code, city, and state
55416    Minneapolis     MN

Recipient's social security number:   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

Recipient's name
Doris E Lackman
Recipient's address
11425 Co Moor Blvd

Strongsville     OH 44149

1st year of designated Roth contribution

Account number (optional)

**1** Gross (RRB line 7)   7500.
Taxable amount not determined

**2** Taxable amount   7500.
Total distribution   Elect 10 averaging

**3** Capital gain in line 2   0.
**4** Federal tax withheld   750.

**5** Employee contributions, Designated Roth contributions or insurance premiums   0.
**6** Net unrealized appreciation in employer's securities   0.

**7** Codes   7   IRA / SEP / Simple
**8** Other   0.0 %   0.

Check if disability and the taxpayer is disabled
Check to force Form 5329

**9a** Percentage of total distribution   0.0 %
**9b** Total employee contributions   0.

See F1 Help on the state return for use of these boxes. Instructions vary by state. Check if applies.
Box 1
Box 2
Box 3
Railroad retirement

**10** State tax   0. / 0.
**11** State and state ID no.   OH
**12** State distribution   7500. / 0.

**13** Local tax   0. / 0.
**14** Locality name
**15** Local distribution   0. / 0.

**Exclusion Worksheet**

1 Amount rolled over
2 Amount, up to $100,000, paid directly by the trustee of the IRA to a charitable organization. The donor must have been at least 70 1/2 when the distribution was made   0.
3 Amount rolled over into an HSA. This election is irrevocable and can only be done once in the recipient's lifetime   0.
4 Retired public safety officers - amount, up to $3,000, paid directly from a qualified governmental plan to pay health or qualified long-term care insurance for the taxpayer, spouse, or dependents   0.
5 Excludable amount due to a tax-free exchange; as calculated in a previous year; or by law, is specifically tax-exempt   0.
* If this is a Qualified Disaster Recovery Assistance Retirement Plan Distribution for Form 8930, check here   0.
* If the distribution is from a traditional, SEP, or SIMPLE IRA and you ever made nondeductible IRA contributions, check here
* If this is a conversion from a traditional IRA to a Roth IRA,

9

## 2010 PENSIONS AND ANNUITIES SUMMARY ATTACHMENT

Doris E Lackman
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

| Payer Name | Payer's Federal EIN | T or S | Pension Amount | Taxable Amount | Capital Gain Incl in Box 2a | Federal Tax Withheld | Distrib Code | IRA/SEP/SMPL | State | State Tax Withheld | Local Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Allianz life | 41-1366075 | T | 7,500 | 7,500 | | 750 | 7 | X | OH | | |
| EATON VANCE STRATEGIC | 04-3099582 | T | 681 | 681 | | 68 | 7 | X | OH | | |
| CAPITAL BANK AND TRUS | 95-6817943 | T | 2,081 | 2,081 | | 208 | 7 | X | OH | | |
| CAPITAL BANK AND TRUS | 95-6817943 | T | 3,408 | 3,408 | | 341 | 7 | X | OH | | |
| CB&T | 95-6817943 | T | 349 | 349 | | 35 | 7 | X | OH | | |
| CB&T IFA | 95-6817943 | T | 4,369 | 4,369 | | 437 | 7 | X | OH | | |
| CB&T | 95-6817943 | T | 2,672 | 2,672 | | 267 | 7 | X | OH | | |
| CB&T ICA | 95-6817943 | T | 1,754 | 1,754 | | 175 | 7 | X | OH | | |
| EV Larg Cap | 04-6006714 | T | 700 | 700 | | 70 | 7 | X | OH | | |
| TOTAL IRAs | | | 23,514 | 23,514 | | 2,351 | | | | | |
| Metropolitan LIFE INS | 13-5581829 | T | 30 | 30 | | | 7 | | OH | | |
| Allianz Life | 41-1366075 | T | 6,491 | 6,491 | | 649 | 7 | | OH | | |
| TOTAL PENSIONS | | | 6,521 | 6,521 | | 649 | | | | | |
| TOTAL 1099Rs | | | 30,035 | 30,035 | | 3,000 | | | | | |

JVA   Copyright Forms (Software Only) - 2010 TW   C0510D   10_W2PLO

# Allianz (ⅱ)

No. 6385215

P.O. Box 59060
Minneapolis, Minnesota  55459-0060
1-800-950-1962

Check Date: 02/02/2011

February 2, 2011

Re: Partial Surrender on Policy/Contract Number 6754187 DORIS E LACKMAN

Dear client:

The attached check in the amount of $7,800.00 represents a partial surrender from your annuity policy/contract.  Your policy/contract values have been adjusted to reflect the partial surrender.  An explanation of the values related to a partial surrender is in your policy/contract.We have deducted $15.00 for shipping charges.

Please be advised that $8,683.33 will be reported to the IRS as taxable for the current tax year.   Policyholder/contract owners under the age of 59 ½ may be subject to certain IRS premature distribution penalties.  Consult your attorney or tax advisor for specific details. Federal income tax has been withheld in the amount of $868.33.

If you have any questions, please feel free to contact your agent or call us at 800.950.1962.

Policyholder Benefits
Allianz Life Insurance Company of North America

C:  EILEEN FERN        Office Number 000043450